UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN DOE, subscriber assigned IP Address 68.55.118.28,**<br>　　　　Defendant. | 2:25-CV-10382-TGB-EAS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF COMPLAINT** |

On April 8, 2025, Plaintiff filed a notice of voluntary dismissal with prejudice of its claims in this action against Defendant John Doe subscriber assigned IP address 68.55.118.28. ECF No. 6. Accordingly, **IT IS HEREBY ORDERED** that this case be dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: April 15, 2025　　　/s/Terrence G. Berg
　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE